UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS A. GRANDINETTI,<br><br>    Plaintiff,<br><br>  v.<br><br>HAWAII - ACLU CONSENT DECREE OFFICIALS; et al.,<br><br>    Defendants.<br>                                            / | No. C 13-078 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice because plaintiff failed to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 25, 2013

                                                        SUSAN ILLSTON
                                          United States District Judge